In the Matter of AUGUSTA H. FOLEY, a Former Incompetent, Appellant. CHARLES J. FOLEY, as Committee of the Person and the Property of AUGUSTA H. FOLEY, Respondent.

Submitted January 8, 1951; decided January 18, 1951.

*Patrick H. Murphy* and *Raymond M. White* for motion. *James E. Denning* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.